UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAURICE HOGAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:22-cv-00473-NAB |
| MICHELE BUCKNER, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER OF TRANFER

This matter is before the Court on petitioner Maurice Hogan's petition for a writ of habeas corpus under 28 U.S.C. § 2254. For the following reasons, the Court will transfer this action to the United States District Court for the Western District of Missouri.

Petitioner, a Missouri state prisoner incarcerated at the South Central Correctional Center ("SCCC"), seeks a writ of habeas corpus under § 2254 for a conviction that arose in the Circuit Court of Cole County, Missouri. The SCCC is located in Licking, Missouri, which is in Texas County in the Western District of Missouri. *See* 28 U.S.C. § 105(b)(5). The Circuit Court of Cole County is also located in the Western District of Missouri. *See* 28 U.S.C. 105(b)(4).

Under 28 U.S.C. § 2241(d), only the Western District of Missouri has jurisdiction to entertain the petition. The Court will exercise its discretion and in furtherance of justice transfer the petition to the Western District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1406(a).

*/s/ Nannette A. Baker*
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of May, 2022.

-2-

Case 4:22-cv-00426-GAF    Document 3    Filed 05/31/22    Page 2 of 2